JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GUERRERO, individually, and on behalf of other members of the general public similarly situated,<br><br>                   Plaintiff,<br><br>          v.<br><br>BIOLIFE PLASMA SERVICES, L.P., a Pennsylvania limited partnership; TAKEDA PHARMACEUTICALS U.S.A., INC., a Delaware corporation; TAKEDA PHARMACEUTICALS AMERICA, INC., a Delaware corporation; TAKEDA PHARMACEUTICALS INTERNATIONAL, INC., a Delaware corporation; BIOLIFE PLASMA LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>                   Defendants. | Case No. 5:25-cv-02936-KK-DTB<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO 41(A)(1)(A)(II)**<br><br><br>Complaint Filed:    September 12, 2025<br>Removal Filed:      November 3, 2025 |

ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO 41(A)(1)(A)(II); CASE NO. 5:25-CV-02936-KK-DTB

324863420v.1

Plaintiff LISA GUERRERO ("Plaintiff") and Defendants BIOLIFE PLASMA SERVICES, L.P., BIOLIFE PLASMA LLC, and TAKEDA PHARMACEUTICALS U.S.A., INC. ("Defendants") acting through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), have stipulated to the dismissal of the Action without prejudice, with each Party to bear its own attorneys' fees and costs.

Upon consideration of the foregoing Stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above captioned lawsuit is DISMISSED in its entirety without prejudice. Each Party shall bear its own attorneys' fees and costs. Plaintiff shall not re-file the putative class claims asserted herein in any other venue.

DATED: April 10, 2026

By: _____
The Honorable Kenly Kiya Kato
United States District Judge

1

ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO 41(A)(1)(A)(II); CASE NO. 5:25-CV-02936-KK-DTB

324863420v.1